AO 106 (Rev. 04/10)  Application for a Search Warrant

FILED
U.S. District Court
District of Kansas

# UNITED STATES DISTRICT COURT

for the

District of Kansas

JUL 30 2019

Clerk U.S. District Court
By _Clark_ Deputy Clerk

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

a white cellular telephone with a red/black case, including SIM card and any removable memory card, in Adrian Johnson's possession when arrested 7/23/2019

)
)
)
)
)
)

Case No. 19-M-6128-01-KGG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*     See Attachment A.

located in the _____ District of _____ Kansas _____, there is now concealed *(identify the person or describe the property to be seized):*
  See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | drug trafficking |
| 18 U.S.C. § 922 | possession of firearms by prohibited persons |
| 18 U.S.C. § 924(c) | possession of a firearm in furtherance of a drug trafficking crime |

The application is based on these facts:

See attached, Affidavit in Support of an Application for a Search Warrant.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_A. Chaffee_ 5536  SA/ATF
*Applicant's signature*

Aaron L. Chaffee, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: JULY 30, 2019

City and state:  Wichita, KS

_____
*Judge's signature*

Kenneth G. Gale, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Aaron L. Chaffee, (here-in-after known as Affiant) being first duly sworn, declare and state:

## INTRODUCTION

Affiant has been employed as a Special Agent of the ATF since January 2015. Affiant is currently assigned to the Wichita Field Office in Wichita, KS. As a Special Agent with ATF, affiant attended the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training. Prior to being employed by ATF, affiant was employed by the Wichita Police Department ("WPD"), affiant was employed as a Special Community Action Team officer ("SCAT") and a Gang Intelligence Officer, that specialized in violent crime, gang crime, and drug related investigations. As a Special Agent with ATF and/or WPD, affiant has received training in arson, explosives, firearms, tobacco, violent crime, gang related investigation and drug trafficking investigations. As a Special Agent with ATF and/or WPD, affiant has conducted and/or participated in investigations involving, explosives, firearms, controlled substances, and violent crimes. Affiant has utilized confidential informants to obtain information and evidence, conducted thousands of interviews of suspects and witnesses, written and executed state/federal search warrants, and written and executed state/federal arrest warrants. Affiant has conducted and/or participated in investigations resulting in the seizure of contraband, currency, vehicles, and other evidentiary items related to drug and violent crime investigations. Affiant has received additional training by ATF, Advanced Investigative Techniques, into investigating RICO/VICAR and other complex investigations. Affiant has a Bachelor of Science in Criminal Justice.

1

## PURPOSE OF AFFIDAVIT

1. There is probable cause to believe that evidence of possession with intent to distribute and distribution of a controlled substance in violation 21 U.S.C. § 841; possession of firearms by prohibited persons in violation of 18 U.S.C. § 922, and carrying a firearm during and in relation to or possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c); will be found in the following cellular device.

2. The information provided in this affidavit is based on my personal knowledge and observations, as well as information I have received from other law enforcement officers. This affidavit is being submitted for the limited purpose of obtaining judicial authorization for the issuance of search warrants, pursuant to Rule 41 of the Federal Rules of Criminal Procedure, for the items described below and in Attachment A for the information listed in Attachment B. After initial imaging, the examiner and agents will further save or copy data unrelated to those violations. To the extent possible, they will minimize the review of unrelated data.

3. As described in this affidavit, the below-listed cellular device was seized on or about July 23, 2019, from Adrian JOHNSON at the time of his arrest. Each and every fact known concerning this investigation has not been included. I have set forth only those facts that I believe are necessary to establish probable cause for an application authorizing search warrants for the following devices:

   a. A white telephone with a red/black case. Included in the search of the device is a SIM card and any removable memory card, if applicable. The phone was located in the possession of Adrian JOHNSON during his arrest on or July 23, 2019.

2

## CELLULAR TELEPHONE TO BE SEARCHED

4.  This affidavit is made in support of a search warrant to search the following cellular

    telephone found to be in the possession Adrian JOHNSON at the time of his arrest on

    July 23, 2019, by the Wichita Police Department (WPD):

    a.  A white telephone with a red/black case.  Included in the search of the device is a
        SIM card and any removable memory card if applicable. The phone was located
        in the possession of Adrian JOHNSON during his arrest on or July 23, 2019.

## ITEMS TO BE SEIZED

5.  The items/information to be seized from the devices described above and in **Attachment**

    **A**, which constitute the fruits, instrumentalities, and evidence of possession with intent to

    distribute and distribution of a controlled substance in violation 21 U.S.C. § 841;

    possession of firearms by prohibited persons in violation of 18 U.S.C. § 922, and carrying

    a firearm during and in relation to or possession of a firearm in furtherance of a drug

    trafficking crime in violation of 18 U.S.C. § 924(c);  include the items/information listed

    in **Attachment B**, which is incorporated herein and attached hereto.

    a.  All digital or electronic information stored inside the cellular telephones would
        reveal evidence of gun and/or drug trafficking or illegal possession of firearms,
        including, but not limited to, any and all names and/or aliases, addresses,
        telephone numbers, stored images, and/or other information, which identifies
        possible associates and/or co-conspirators;

    b.  All digital or electronic information stored inside the cellular telephones would
        reveal evidence of gun and/or drug trafficking or illegal possession of firearms,
        including, but not limited to, any and all names and/or aliases, addresses,
        telephone numbers, dates of calls, times of calls, and/or duration of calls, which
        identifies calls made to and/or from;

    c.  All digital or electronic information stored inside the cellular telephones would
        reveal evidence of gun and/or drug trafficking or illegal possession of firearms,

including but not limited to, any and all stored voice mail, text messages, and/or
e-mails;

d.  All digital or electronic information stored inside the cellular telephone would
reveal evidence of gun and/or drug trafficking or illegal possession of firearms,
including, but not limited to, any and all stored images, photos, videos, and
pictures;

e.  All digital or electronic information stored inside the cellular telephone would
constitute indicia of ownership and/or use of such devices.

## **PROBABLE CAUSE**

6.  From speaking with agents and investigators involved in this investigation, from reviewing
documents regarding this investigation, and from my personal involvement in this
investigation, affiant knows the following:

   a.  On or around May 29, 2019, your affiant learned Adrian JOHNSON, a/k/a Adrian

   Oliver, was contacted during a traffic stop by the Wichita Police Department

   (WPD) for not wearing his seat belt and not having a valid driver's license.

   JOHNSON was the sole occupant of the vehicle. During the contact, WPD

   officers could smell marijuana and they conducted a search of the vehicle. During

   a search of the vehicle WPD officers located a loaded Glock firearm. The officers

   and Adrian JOHNSON were both aware he was previously convicted of a felony

   offense and could not lawfully possess a firearm.

   b.  After learning of Adrian JOHNSON's arrest, your affiant reviewed Adrian

   JOHNSON's social media pages. On these pages, your affiant observed several

   videos of Adrian JOHSNON possessing a firearm and possessing suspected

   marijuana. In one video, it appears Adrian JOHNSON is packaging the suspected

   marijuana for individuals to purchase. On the table Adrian JOHSON is using to

   package the suspected marijuana is a firearm. Upon further examination of a

4

separate video, your affiant noticed the firearm in these videos had similar characteristics to the firearm seized during the May 29, 2019 arrest, i.e., same make, same model, same color, both semi-automatic, similar slides, and similar frames. These videos appear to be recorded using a cellular telephone. These social media platforms, Snapchat and Facebook, are both accessed through cellular telephone apps. Adrian JOHNSON is observed using both Snapchat and Facebook and following are clips of the videos from Snapchat:



i.                                                                    (Snapchat 5/15/19)

ii.  (Snapchat, 5/25/19)

iii.  (Snapchat, 5/25/19)

c. On June 7, 2019, your affiant observed the Facebook page of Adrian JOHNSON and observed a video of him possessing a larger quantity of marijuana. Your affiant knows through my training and experience working drug related investigations that this quantity of marijuana is typically more than simple possession and is likely intended for distribution. The following is a screen shot of the Facebook video:



    i.                                          (Facebook)



ii.                                                      (Facebook)

7. Your affiant has learned during the investigation that associates of Adrian JOHNSON, including but not limited to, Jevante OLIVER and Grail BREWSTER-DATES, utilized their cellular telephones to communicate and/or facilitate their marijuana distribution.

8. Your affiant has learned through previous investigations and reviewing cellular telephone content, as well as conducting interviews, that it is common practice for individuals to utilize cellular telephones to, send SMS, MMS, make phones calls, store phone numbers, store photographs/videos, access social media and use 3rd party apps, such as Snapchat and Facebook, on the cellular telephone to conduct drug business. It is also common for these individuals to use cellular phones to communicate with sources of supply, communicate with coconspirators, set up drugs deals, discuss prices, and to display drug product.

8

9. Your affiant queried Adrian JOHNSON's criminal history and learned he has the following convictions: 2009 - Aggravated Robbery (Felony Theft, 09CR1455); 2013 - Possession Of Opiates (Conviction, 13CR79), 2013 - Contempt of Court and Aggravated Child Endangerment (Agg Child Endangerment x3 Conviction, 13CR1990). Adrian JOHNSON is currently prohibited from possessing firearms and/or ammunition.

10. Based on my training and experience, consultation with other experience investigators, and other sources of information, your affiant knows the following regarding persons engaged in gun and drug trafficking (hereinafter "traffickers").

   a. That traffickers will often have other members of the organization purchase or otherwise obtain items such as cellular telephones and then use the items communally; sometimes trading cellular telephones to avoid detection by law enforcement;

   b. That traffickers often maintain extensive contact with individuals from whom they receive and/or to whom they distribute drugs and that, in order to do this effectively, these persons typically maintain access to telephone communication;

   c. That traffickers frequently use cellular telephones to communicate verbally, textually and via social media to communicate various types of information with organization members, such as: (a) telephone numbers of co-conspirators; (b) the identities of co-conspirators involved in drug trafficking; (c) locations of meetings with co-conspirators; (d) prices and quantities of controlled substances; and (e) alerts or warnings of the presence of law enforcement;

   d. That traffickers sometimes maintain within their phones digital or electronic information regarding amounts of drugs sold and "fronted"; monies owed; profits and their disposition; associates' names, phone numbers and telephone pager codes and that these records may include, but are not limited to, receipts, notes, ledgers, and other documents related to the transportation, ordering, sale, manufacture and distribution of controlled substances;

   e. That traffickers and persons illegally in possession of firearms occasionally take, or cause to be taken, photographs or videos of themselves, their co-conspirators, their associates, their property, their illegal activities, and their contraband.

9

## CONCLUSION

17. Based on the foregoing, I believe there is probable cause to conclude that items, which
constitute the fruits, instrumentalities, and evidence of possession with intent to
distribute and distribution of a controlled substance in violation 21 U.S.C. § 841(a)(1);
possession of firearms by prohibited persons in violation of 18 U.S.C. § 922; and
carrying a firearm during and in relation to or possession of a firearm in furtherance of
a drug trafficking crime in violation of 18 U.S.C. § 924(c) will be found in the
aforementioned electronic device.

_____
AARON L. CHAFFEE
ATF Special Agent

Subscribed and sworn to before me this the 30th day of July, 2019.

_____
KENNETH G. GALE
United States Magistrate Judge

ATTACHMENT A

a. A white telephone with a red/black case.  Included in the search of the device is a SIM card and any removable memory card if applicable. The phone was located in the possession of Adrian JOHNSON during his arrest on or July 23, 2019.

ATTACHMENT B

a.  All digital or electronic information stored inside the cellular telephones would reveal evidence of gun and/or drug trafficking or illegal possession of firearms, including, but not limited to, any and all names and/or aliases, addresses, telephone numbers, stored images, and/or other information, which identifies possible associates and/or co-conspirators;

b.  All digital or electronic information stored inside the cellular telephones would reveal evidence of gun and/or drug trafficking or illegal possession of firearms, including, but not limited to, any and all names and/or aliases, addresses, telephone numbers, dates of calls, times of calls, and/or duration of calls, which identifies calls made to and/or from;

c.  All digital or electronic information stored inside the cellular telephones would reveal evidence of gun and/or drug trafficking or illegal possession of firearms, including but not limited to, any and all stored voice mail, text messages, and/or e-mails;

d.  All digital or electronic information stored inside the cellular telephone would reveal evidence of gun and/or drug trafficking or illegal possession of firearms, including, but not limited to, any and all stored images, photos, videos, and pictures;

e.  All digital or electronic information stored inside the cellular telephone would constitute indicia of ownership and/or use of such devices.